UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-49-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| V | } | ORDER TO SEAL |
| | } | |
| TYRONE ROGERS | } | |

On the motion to seal [DE 70] by defendant, and for good cause shown, it is hereby ORDERED that the defendant's [DE 70] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 13th day of June 2016.

Malcolm J. Howard
Senior United States District Judge